O

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,        )
                                     )
12              Plaintiff,           )    SA 08-715M
                                     )
13       v.                          )    ORDER OF DETENTION AFTER HEARING
                                     )    (18 U.S.C. § 3142(i))
14  HERBERTO RAMOS MORENA,           )
                                     )
15              Defendant.           )
                                     )
16

17                                 I.

18   A. ( ) On motion of the Government involving an alleged

19       1. ( ) crime of violence;

20       2. ( ) offense with maximum sentence of life imprisonment or death;

21       3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22          (21 U.S.C. §§ 801,/951, et. seq.,/955a);

23       4. ( ) felony - defendant convicted of two or more prior offenses described above.

24   B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25       1. (X)   serious risk defendant will flee;

26       2. ( )   serious risk defendant will

27          a. ( ) obstruct or attempt to obstruct justice;

28          b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X ) appearance of defendant as required; and/or

B. ( ) safety of any person or the community;

III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. (x) the weight of evidence against the defendant;

C. (x) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

B. (x ) History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented. He has no ties to the community and no bail resources.**

C. ( ) A serious risk exists that defendant will:

    1. ( ) obstruct or attempt to obstruct justice;

    2. ( ) threaten, injure or intimidate a witness/ juror; because:

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///
///
///
///

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: December 23, 2008

Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                       - 3 -                                            Page 3 of 3